**Stephen M. GRUSSMARK,**
**Plaintiff–Appellant,**

v.

**GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., Defendant–Appellee.**

No. 05–1585.

United States Court of Appeals, Federal Circuit.

May 4, 2006.

Before BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36